IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| ex rel. BRIAN WALL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3-07-0091 |
| | ) | JUDGE TRAUGER |
| v. | ) | |
| | ) | |
| CIRCLE C CONSTRUCTION, LLC, | ) | |
| PHASE TECH, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES' NOTICE OF INTERVENTION

The United States hereby notifies the Court that it is intervening in this action. The United States requests that this Court lift the seal, so that the United States may serve the Complaint on the defendants.

Respectfully submitted,

EDWARD M. YARBROUGH
United States Attorney for the
Middle District of Tennessee

By: s/ Ellen Bowden McIntyre
Assistant United States Attorney
Suite A-961, 110 Ninth Avenue South
Nashville, TN 37203-3870
615/ 736-5151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was deposited in the United States Mail, postage prepaid, to **Perry Craft** and **Matthew Wright**, 214 Centerview Drive, Suite 233, Brentwood, TN 37027, this 29th day of October, 2007.

s/Ellen Bowden McIntyre

*N:\kmelton\_McIntyre,Ellen\CircleCConst\NoticeOfIntervention.wpd*