IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* BRIAN WALL,<br><br>    Plaintiff,<br><br>v.<br><br>CIRCLE CONSTRUCTION, LLC,<br><br>    Defendant. | NO. 3:07-0091<br>JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, Circle C's motion for judgment on the record (Docket Entry No. 85) is **DENIED as moot**; Circle C's motion to dismiss amended complaint (Docket Entry No. 99) is **DENIED as moot**. The United States's motion for summary judgment (Docket Entry No. 73) is **GRANTED** and the United States is **AWARDED** judgment against the Defendant Circle C Construction Company in the amount of one million six hundred sixty-one thousand four hundred twenty-three dollars thirteen cents ($1,661,423.13) as well as its costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 15th day of March, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge