IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
ex rel. BRIAN WALL, )
           Plaintiff, )
)
v. )   Docket No. 3:07-0091
)   JUDGE HAYNES
CIRCLE C CONSTRUCTION, LLC, and )
PHASE TECH, LLC )
           Defendants )

*Order*
*This motion*
*is granted*
*[signature]*
*[illegible]*
*5-14-10*

---

### CIRCLE C CONSTRUCTION, LLC'S
### MOTION FOR LEAVE TO FILE REPLY TO
### PLAINTIFF'S RESPONSE TO MOTION TO CORRECT
### FILING DATE OF MOTION TO
### ALTER OR AMEND JUDGMENT

---

Pursuant to Local Rule 7.01, Defendant Circle C Construction, LLC (hereinafter referred to as "Circle C" or "Defendant"), by counsel, hereby moves for leave to file a reply to Plaintiff's response to motion to correct filing date of motion to alter or amend judgment. In support of its motion, Circle C states as follows.

Circle C's reply is necessary in order to rebut the allegations contained in the Plaintiff's response.

A Proposed Order is attached for the convenience of the Court.