UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *ex rel*. BRIAN WALL, | ) | |
| | ) | |
|     Plaintiffs, | ) | No. 3:07-cv-91 |
| | ) | |
| v. | ) | Judge Sharp |
| | ) | |
| CIRCLE C CONSTRUCTION, LLC, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court awards Plaintiffs $762,894.54 in damages.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE